of the City of New York, Respondents. [875 Park Ave., Borough of Manhattan.] — Order unanimously modified by reducing the assessment of the building to $350,000 for the year 1943-44, and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

STANLEY CLARKE, as Trustee of Associated Gas and Electric Company, Debtor, et al., Appellants, v. SOPHIA MAYER et al., Respondents, et al., Defendants.— Orders and judgments unanimously reversed, with costs, and the motions to dismiss under subdivision 6 of rule 107 of the Rules of Civil Practice denied. (See *Gottfried* v. *Gottfried, ante,* p. 413, decided herewith.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post,* p. 928.]

JOSEPH H. THOMPSON, as Ancillary Executor of JACOB RAUERS, Deceased, Appellant, v. JAMES C. WILLSON, Respondent.— Judgment unanimously affirmed, with costs, solely on the ground that the liability on the note sued on was released by the extension agreement of April 8, 1936. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [183 Misc. 949.] [See *post,* p. 937.]

WESLEY SIMPSON, Appellant, v. NELLIE FORMAN et al., Individually and as Copartners Trading under the Name of NELLIE FORMAN COMPANY, Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUARDIAN PROTECTIVE CORPORATION, Respondent, against JOSEPH. LILLY et al., Constituting the Tax Commission of the City of New York, Appellants. [471-473 E. Tremont Ave., Borough of The Bronx.] — Final order unanimously affirmed, with $20 costs and disbursements to the relator-respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

FREDERICK E. BREITHUT, Respondent, v. TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

E. JOHN ERNST, JR., Appellant, v. JUSTINE L. LAMBERT, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post,* p. 929.]

HENRY PEARCE et al., Doing Business as Partners under the Name of PEARCE & MAYER, et al., Respondents, v. ADA L. KNEPPER et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post,* p. 929.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO J. ANTONELLI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ODE D. JENNINGS, Respondent, v. PHILIP KASTEL, Appellant.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse and deny the motion.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEE BUILDING, INC., Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [103 E. 125th St., Borough of Man-